454 A.2d 166

Commonwealth v. Mogil, Appellant.

Argued December 14, 1981. Gary M. Mogil, appellant, in propria persona; J. William Ditter, III, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.